USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
DEMETRIUS PROCTOR,

                Plaintiff,

    -against-                            1:15-cv-03766 (ALC)

                                            **ORDER**

TRAVIS MCCOY, ET AL.,

                Defendants.
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff's letter dated November 22, 2019, requesting a time extension. ECF No. 54. Defendants have not objected to this request. Plaintiff's request is hereby **GRANTED**. Accordingly, the parties are **ORDERED** to adhere to the following briefing:

| | |
|---|---|
| **Opposition to Motion to Dismiss:** | January 20, 2020 |
| **Reply to Opposition:** | February 3, 2020 |

**SO ORDERED.**

Dated:    December 12, 2019
             New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge

COPIES MAILED