```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------- x
**DEMETRIUS PROCTOR,**

                  **Plaintiff,**

            -against-

**TRAVIS MCCOY, ET AL.,**

                  **Defendants.**
------------------------------------------------------- x

1:15-cv-03766 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter dated March 11, 2020, opposing *pro se* Plaintiff's request for a time extension. ECF No. 59. Given Plaintiff's *pro se* status, Plaintiff's untimely request for a time extension is hereby **GRANTED**. *See Elliott v. Nestle Waters N. Am. Inc.*, No. 13 civ. 6331, 2014 WL 1795297, at *6 (S.D.N.Y. May 6, 2014). In light of the ongoing public health emergency caused by COVID-19, Plaintiff shall file his opposition to Defendants' motion on or before **June 1, 2020**. Defendants are directed to serve a copy of this Order to Plaintiff no later than **March 30, 2020**. Defendants shall file proof of service with the Court on or before **April 3, 2020**.

**SO ORDERED.**

Dated: March 23, 2020
       New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**