| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/5/2020__ |

```
-------------------------------------------------------------x
PROCTOR,                                       :
                        Plaintiff,             :
                                               :
        v.                                     :   1:15-cv-03766-ALC
                                               :   ORDER
MCCOY, ET AL.,                                 :
                                               :
                        Defendants.            :
                                               :
-------------------------------------------------------------:
                                               : x
```

**ANDREW L. CARTER, JR., District Judge:**

On September 30, 2020, this Court issued an Opinion and Order dismissing the above matter as to Defendant Travis McCoy. ECF No. 66. That Opinion and Order directed Plaintiff to show cause why this claim should not be dismissed for failure to prosecute as to the remaining defendants. *Id.* Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). The Clerk of Court is respectfully directed to mail this Order to Plaintiff and close this case.

**SO ORDERED.**
Dated: New York, New York
       November 5, 2020

*[signature]*

   **ANDREW L. CARTER, JR.**
   **United States District Judge**